FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 JUL 31 AM 10: 13

GREGORY C. LANGHAM
CLERK

BY _____ /M/ _____ DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

COURT FILE NO.: _____

'08 - CV - 01618-RPM-MJW

William Szilagyi,
    Plaintiff

v.

GC Services Limited Partnership,
    Defendant

---

## COMPLAINT AND JURY DEMAND

---

## JURISDICTION

1.    This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices. Plaintiff further alleges a claim for invasion of privacy ancillary to Defendant's collection efforts. Jurisdiction is proper before this Court pursuant to 15 U.S.C. § 1692k(d).

## VENUE

2.  Venue is proper before this Court as the acts and transactions giving rise to this suit occurred in this State, because Plaintiff resides in this State, and because Defendant transacts business in this State.

## PARTIES

3.  Plaintiff, William Szilagyi (hereinafter "Plaintiff"), is a natural person residing in Colorado.

4.  Defendant, GC Services Limited Partnership (hereinafter "Defendant"), was a corporation engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

5.  At various and multiple times prior to the filing of the instant complaint, including within the one hundred twenty days preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt. Defendant's conduct violated the FDCPA in multiple ways, including but not limited to:

    a) threatening to "refer [Plaintiff] to the legal department" of GC Services and start legal proceedings against Plaintiff, when in fact

       Defendant had no actual knowledge of the intent of the original creditor to sue Plaintiff in violation of 15 USC§ 1692e(5); and

   b) Using false representations and deceptive practices in connection with collection of a debt, including threatening to subject Plaintiff to prosecution, threatening to contact Plaintiff's employer, and threatening that Plaintiff would immediately be subject to additional fines and fees, all in violation of 15 USC § 1692e(4), e(7), and e(10).

6. Defendant's aforementioned violations of the FDCPA also constitute an invasion of Plaintiff's right to privacy, causing injury to Plaintiff's feelings, mental anguish and distress.

## TRIAL BY JURY

7. Plaintiff is entitled to and hereby demands a trial by jury.

## COUNT 1, FDCPA VIOLATIONS

8. The previous paragraphs are reincorporated by reference as though they were fully set forth herein.

9. The acts described above constitute a violation of the FDCPA, and these acts were done willfully and intentionally.

10. Plaintiff is entitled to actual and statutory damages for the above pursuant to §1692(k).

## PRAYER

**WHEREFORE,** Plaintiff prays this Honorable Court grant the following:

A. a declaratory judgment that Defendant's conduct violated the FDCPA;

B. Actual damages;

C. Punitive Damages

D. Statutory damages pursuant to 15 U.S.C. § 1692k;

E. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k; and,

F. Such other and further relief as may be just and proper

**Respectfully submitted,**

July 31, 2008

Tammy Hussin
**Weisberg & Meyers LLC**
**6455 Pyrus Place**
**Carlsbad, CA 92011**
**866 565 1327 facsimile**
**thussin@AttorneysForConsumers.com**