IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01618-RPM-MJW

WILLIAM SZILAGYI,

Plaintiff(s),

v.

GC SERVICES LIMITED PARTNERSHIP,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Vacate Scheduling Conference or Alternatively to Allow Plaintiff's Counsel to Appear Telephonically [sic] Hearing Date: 11-4-08 10:00 a.m., (docket no. 11) is GRANTED. The Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on November 4, 2008, at 10:00 a.m. is VACATED since Plaintiff has accepted Defendant's Offer of Judgment. The Clerk of Court shall enter judgment consistent with Defendant's Offer of Judgment (docket no. 10-2).

Date: October 29, 2008