IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01618-RPM-MJW

WILLIAM SZILAGYI,

Plaintiff(s),

v.

GC SERVICES LIMITED PARTNERSHIP,

Defendant(s).

## MINUTE ORDER

    It is hereby ORDERED that the Plaintiff's Motion to Dismiss Case with Prejudice (docket no. 15) is MOOT and therefore DENIED. This case has already been terminated by the court on November 14, 2008. *See* docket no 7. If the Defendant has paid Plaintiff in full per the Final Judgment (docket no. 7) then Plaintiff shall file a satisfaction of judgment.

Date: March 30, 2009